Receipt# 788468
Check# 3571

RUSH

161644

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SMS FINANCIAL J, LLC<br><br>Plaintiff in Garnishment<br><br>v.<br><br>BANK OF AMERICA, and<br>CHASE BANK<br><br>Garnishees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 3:16-CV-02773-B |

## WRIT OF GARNISHMENT

To:

BANK OF AMERICA
BY SERVING ITS REGISTERED AGENT
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

GARNISHEE:

In the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Adversary No. 10-546, wherein KHI Liquidation Trust is Plaintiff and Gonzalo Rosas ("**Rosas**") is Defendant. Plaintiff recovered judgment on 12 January 2011 against Rosas in the amount of $48,706.79 with post judgment interest at the rate provided by 28 U.S.C. § 1961 until paid (the "**Judgment**").

The Judgment was registered in the United States District Court for the Northern District of Texas, Dallas Division on 1 September 2016, and was given the case number 3:16-MC-0082-M.

The Plaintiff initiated the above-styled cause by filing a written application for a writ of garnishment against you, Bank of America ("**Garnishee**").

NOW THEREFORE YOU, the above-named Garnishee, are commanded to appear in the above-styled cause by filing a written answer under oath 21 days after the date of service of this writ upon you. You are commanded to state in your answer, under oath, the following:

1. What, if anything, you are indebted to Rosas (including, without limitation, all accounts maintained by Rosas under the assumed name "Rosas Concrete" or any other assumed name) when this writ was served upon you;
2. What effects, if any, of Rosas you had in your possession when this writ was served upon you;
3. What other persons, if any, within your knowledge are indebted to Rosas or have in their possession effects belonging to Rosas.

The officer executing this writ shall promptly serve it according to requirements of law, and the mandates hereof, and make due return as the law directs.

You are further commanded NOT to pay to Rosas any debt or deliver to him any effects, pending further order of this court.

**To: Gonzalo Rosas, Defendant**

Certain properties alleged to be owned by you have been garnished. If you claim any rights in such property:

YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.

Issued and given under my hand and seal of the United States District Court for the Northern District of Texas, Dallas Division on this 21st day of October, 2016.

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

s/R. Negron

*Signature of Clerk or Deputy Clerk*

Issued at the request of:

____________________________
Nathan M. Johnson
TBA #00787779
Howard Marc Spector
TBA #00785603
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
972.239.4260
FAX: 214.237.3380
njohnson@spectorjohnson.com

**OFFICER'S RETURN**

Came to hand the ___ day of OCT 3 1 2016, 20__ at _____ o'clock __.m. and

executed on the ______ day of _______, 20_____ at _______ o'clock ____.m. at

____________________________________________________ in ___________

County, Texas by delivering to the within Garnishee in person a true copy of this writ.

By ____________________________, ____________________
**JOHN L. GARRETT, CONSTABLE**
**DALLAS COUNTY PRECINCT 1**

Fee: $__________________________

Total:$_________________________

# CONSTABLE'S RETURN

**Style of Case:** SMS FINANCIAL J, LLC VS. BANK OF AMERICA, AND CHASE BANK

Came into hand, this 31 day of OCTOBER ,20 16 AT 9:19 o'clock A M. by executing and delivering a GARNISHMENT issued out of the state of TEXAS under cause number: 3:16-CV-02773-B 31 day OCTOBER , 20 16 , at 2:58 o'clock P M., to:

☐ personally delivered/served true and correct copies of same.

OTHER NOTES:

☐ pursuant to Rule 106/Rule 536, to an occupant: over the age of 16 years.

☐ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the of the defendant's last known place of ☐ business ☐ abode.

☐ BANK OF AMERICA ☐ A Corporation ☐ A Business

Name: CT CORPORATION ☐ President ☐ Vice-President ☒ Registered Agent

☒ By delivering to the defendant's registered agent for service, C.T. CORPORATION SYSTEM, through Their authorized agent to accept service: TERRI A. THONGSAVAT SOP INTAKE ASSOCIATE at 1999 BRYAN ST STE 900 Dallas, Texas 75201.

Service Address: 1999 BRYAN ST STE 900 DALLAS TEXAS 75201

☐ RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:

Service Fees: $ 140.00

#135

M. Johnson #135 DEPUTY CONSTABLE
JOHN L. GARRETT, CONSTABLE
DALLAS COUNTY PRECINCT 1

COUNTY OF DALLAS

STATE OF TEXAS

SIGNED AND SWORN BY SAID ,before me, this
Day Of 20 , to certify which, witness my hand and seal of office.

NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS